# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv98

| | |
|---|---|
| **ASCENSION ESCAMILLA-GERONIMO,** individually and on behalf of a class of all others similarly situated, )))))) | |
| **Plaintiffs,** ) | |
| Vs. ) | **ORDER** |
| **HILLSIDE NURSERY WHOLESALE COMPANY, LLC; HILLSIDE NURSERY, LLC; KENNETH T. ALLISON; and WILLIAM B. ALLISON,** )))))) | |
| **Defendants.** ) | |

**ON** February 15, 2008 the undersigned entered an Order (#32) granting a joint Motion for Extension of Time and for Continuance enlarging the time for mediation, dispositive motions and trial deadlines by 60 days. The undersigned has examined the tentative schedule for trials for the year 2008. At the present time, this matter would be scheduled for trial during a session of court scheduled for June 4, 2008. The undersigned has examined the file in this matter and has determined that the trial date should remain June 4, 2008 and that the pretrial conference in this matter should be scheduled for May 21, 2008. The deadline for filing motions shall now be set for May 1, 2008 and the discovery completion deadline shall be April 1, 2008 and mediation deadline shall be April 15, 2008.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Order (#32) filed by this court is hereby amended to provided for the following enlargement of deadlines: discovery completion, April 1, 2008; mediation, April 15, 2008; motions, May 1, 2008; trial, June 4, 2008; pretrial conference, May 21, 2008.

Signed: February 25, 2008

Dennis L. Howell
United States Magistrate Judge